AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 APR 15  PM 2: 05

CLERK
BY _EH_
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Alaa Abdulsalam Arif<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   2:20-mj-46-1<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____March 21, 2020____ in the county of ____Franklin____ in the _____ District of ____Vermont____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports or moves, or attempts to transport or move, such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John McGarghan, Border Patrol Agent (Intel)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____04/15/2020____

_____
*Judge's signature*

City and state: ____Burlington, Vermont____    Honorable John M. Conroy, U.S. Magistrate Judge
*Printed name and title*