NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

     v.                                      Case No. 2:20-mj-46-1

Alaa Abdulsalam Arif

TAKE NOTICE that the above-entitled case is scheduled for Wednesday, June 3, 2020 at 10:00 a.m., in Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Initial Appearance.

Location: Courtroom 440                                  JEFFREY S. EATON, Clerk
By: */s/ H. Beth Cota*
Deputy Clerk
4/21/2020

TO:

Matthew J. Lasher, AUSA

Defendant – Summons issued