U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUN -3 AM 11:00

CLERK
BY FH
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:20-mj-46-1 |
| Alaa Abdulsalam Arif | ) |

## CONSENT TO PARTICIPATE IN HEARING VIA TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by teleconference in the ___Initial Appearance___ hearing, scheduled on ___Jun 3, 2020___ at ___10___ ✓ a.m. ☐ p.m. in ✓ Burlington or ☐ Rutland, Vermont. *See* Fed. R. Crim. P. 43. and General Order No. 88 for the United States District Court District of Vermont.

The defendant also agrees, for purposes of this hearing, that teleconferencing technology satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court" and of Rule 43(a) that the defendant be "present" at the hearing.

5/21/2020
Date

[Signature]
Defendant

5/26/20
Date

[Signature]
Counsel for Defendant

The defendant's request to waive in person appearance at this hearing and to appear by telephone is hereby ***APPROVED***.

6/3/2020
Date

[Signature]
United States District/Magistrate Judge