U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUN 12 PM 2: 12

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 2:20-mj-46-1 |
| ) | |
| ALAA ABDULSALAM ARIF, ) | |
|    Defendant ) | |

ORDER

On June 12, 2020, the United States filed a Stipulated Motion to Extend Time for the Return and Filing of an Indictment.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting the Government's motion and outweigh the best interest of the public and the defendant in a speedy trial. In determining whether to grant a continuance under the Speedy Trial Act, the Court may exclude time where "the failure to grant such a continuance . . . would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iii).

The Court finds that the requested continuance is appropriate in light of the parties' negotiations and attempts to resolve the case in advance of indictment. The Court also considers that the defendant stipulates to the relief sought in the Government's motion.

The Government's motion is, therefore, GRANTED. The Court will extend the time for the return and filing of an indictment by thirty days, such that an indictment must be returned and filed on or before July 25, 2020, and that time period will be excluded from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated at Burlington, in the District of Vermont, on June 12, 2020.

HON. JOHN M. CONROY
United States Magistrate Judge
District of Vermont