UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 2:20-mj-46-1 |
| ) | |
| ALAA ABDULSALAM ARIF, ) | |
|     Defendant ) | |

ORDER

On August 18, 2020, the parties filed a Joint Motion to Extend Time for the Return and Filing of an Indictment by one hundred and eighty days.

Pursuant to 18 U.S.C. § 3161(h)(2), the Court finds the relief requested by the parties is appropriate, in that it would constitute a delay during which prosecution is being deferred for the purpose of allowing the defendant to demonstrate his good conduct. The Court notes that the defendant remains on pretrial release pending further actions in his case. The parties may be able to resolve the case without further proceedings at the conclusion of the period of extension, which would promote judicial efficiency and would likely be in the defendant's best interests.

The joint motion of the parties is therefore GRANTED. The Court will extend the time for the return and filing of an indictment by one hundred and eighty days, making an indictment or information due by February 20, 2021. That time period will be excluded from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(2).

Dated at Burlington, in the District of Vermont, on August \_\_\_\_, 2020.

_____
HON. JOHN M. CONROY
United States Magistrate Judge
District of Vermont

1