U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2020 AUG 24  PM 2: 04

CLERK

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-mj-46-1 |
| | ) | |
| ALAA ABDULSALAM ARIF, | ) | |
| Defendant | ) | |

## ORDER

This matter comes before the Court upon the unopposed motion of the United States to dismiss, without prejudice, the complaint pending in this matter as to the defendant pursuant to Federal Rule of Criminal Procedure 48(a). The United States represents that the dismissal would serve the best interests of justice. The Court agrees, grants the request of the United States for leave to dismiss the complaint as to the defendant, and orders the complaint dismissed without prejudice.

Dated at Burlington, in the District of Vermont, this 24 day of August 2020.

_____
Hon. John M. Conroy
United States Magistrate Judge
District of Vermont